700

85 So.2d 907

G. A. TERRELL

v.

Jessie BUTLER.

6 Div. 933.

Supreme Court of Alabama.

Dec. 22, 1955.

Frank M. James, Birmingham, for appellant.

Geo. T. Hayden, Birmingham, for appellee.

PER CURIAM.

Appeal dismissed.

LIVINGSTON, C. J., and LAWSON, STAKELY and MERRILL, JJ., concur.

84 So.2d 792

Harold Wayne WALLIS

v.

STATE.

6 Div. 991.

Supreme Court of Alabama.

Jan. 19, 1956.

John Patterson, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for petitioner.

Bevill & Bevill, Jasper, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Wallis v. State, 84 So.2d 788.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MAYFIELD, JJ., concur.

87 So.2d 667

WEST POINT WHOLESALE GROCERY CO.

v.

CITY OF OPELIKA.

5 Div. 640.

Supreme Court of Alabama.

May 24, 1956.

Denson & Denson, Yetta G. Samford, Jr., Opelika, for petitioner.

McKee & Maye, Opelika, opposed.

MERRILL, Justice.

Petition of West Point Wholesale Grocery Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in West Point Wholesale Grocery Co. v. City of Opelika, 87 So.2d 661.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

85 So.2d 907

John W. YOUNG

v.

Geo. Lewis BAILES, Judge.

6 Div. 9.

Supreme Court of Alabama.

Feb. 10, 1956.

M. B. Grace, Birmingham, for petitioner.

PER CURIAM.

Writ denied.

LIVINGSTON, C. J., and GOODWYN, MERRILL and MAYFIELD, JJ., concur.